In re Estate of Zygmunt Klockowski, Deceased. Joan Waclawski, Appellant, v. Elenora Klockowski and Antonia Wolczek, Administratrices of Estate of Zygmunt Klockowski, Deceased, Appellees.

Gen. No. 43,118. 

opinion filed

524

December 19, 1944; released for publication January 4, 1945. Roman E. Posanski, for appellant; John P. Loughnane and Chester D. Kern, for appellees. Opinion by Presiding Justice Sullivan. **Not to be published in full.**